UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-CR-102-AH | Date | September 25, 2026 |
| Title | United States v. Samuel Reyes-Moreno | | |

| | |
|---|---|
| Present: The Honorable | Stephanie S. Christensen, United States Magistrate Judge |

| | |
|---|---|
| Teagan Snyder | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** ORDER OF DETENTION

Defendant appeared on a petition alleging violation(s) of the terms of pretrial release.

The Court finds pursuant to 18 U.S.C. § 3148(b) that there is:

☒ clear and convincing evidence that defendant has violated the conditions of his release. 18 U.S.C. § 3148(b)(1)(B).

and/or

☐ probable cause to believe that the person has committed a Federal, State, or local crime while on release. 18 U.S.C. § 3148(b)(1)(A).

In addition, the Court

☐ finds that there is probable cause to believe that defendant has committed a Federal, State, or local felony while on release. Thus, there is a rebuttable presumption that no condition or combination of conditions will assure that defendant will not pose a danger to the safety of any other person or the community if released, and defendant has failed to rebut the presumption. 18 U.S.C. § 3148(b).

☒ having considered the factors set forth in 18 U.S.C. § 3142(g), finds that there is no longer any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others, if

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-CR-102-AH | Date | September 25, 2026 |
| Title | United States v. Samuel Reyes-Moreno | | |

defendant is allowed to remain on bail pending future proceedings. 18 U.S.C. § 3148(b)(2)(A).

and/or

☒ finds the defendant is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b)(2)(B).

IT IS THEREFORE ORDERED that the defendant's pretrial release is revoked and defendant is remanded to the custody of the Attorney General pending further proceedings in this matter. 18 U.S.C. § 3148.